# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

November 10, 2021

Lyle W. Cayce
Clerk

No. 21-50339
Summary Calendar

Adrian Cotterll Gilliard,

*Plaintiff—Appellant*,

*versus*

Courtney Lumme, DFPS Investigator; Jean Long, DFPS Supervisor; Keith Downs, DFPS Attorney; Leslie Wallrath, Attorney Ad LItem; Christina Fuller; Leslie Sims; Chris Skinner; Brandy Baker; Ceanne Spence; Christi Gatlin,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:20-CV-278

Before Clement, Ho, and Oldham, *Circuit Judges*.

Per Curiam:*

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-50339

Appellant fails to present any non-frivolous arguments on appeal. The judgment is AFFIRMED. *See* 5TH CIR. R. 47.6.